**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :
:
**v.** :
:
**CHRISTOPHER LARRY RICHARDS III** :
:
**Defendant.** :
:

Case: 1:26-mj-00118
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 7/20/2026
Description: COMPLAINT W/ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging CHRISTOPHER LARRY RICHARDS III ("RICHARDS") with Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1), and Transfer of Obscene Material to Minors, in violation of 18 U.S.C. § 1470.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn therefrom.

## AFFIANT BACKGROUND

4. I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, advertisement, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YFSD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251 "Sexual Exploitation of Children,"18 U.S.C. § 2252 "Certain Activities Relating to Material Involving the Sexual Exploitation of Minors," and 18 U.S.C. § 2422 "Coercion and Enticement," and 18 U.S.C. § 2423 "Transportation of Minors."

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor), 18 U.S.C. § 2252(a)(2), (b)(1) (Attempted Receipt of Child Pornography), and 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors) (hereafter, the "TARGET OFFENSES") have been committed by RICHARDS.

**PROBABLE CAUSE**

7. On February 2, 2026, at approximately 4:11 PM, members of the Metropolitan Police Department (MPD) Fourth District responded to a call for service in the 700 block of Faraday Place Northeast, Washington, D.C. The members met with the mother of a fourteen-year-old girl ("Minor Victim" or "MV"), who stated that MV had disclosed to a counselor at her school that she had a sexual relationship with an adult male. The Federal Bureau of Investigation's Child Exploitation and Human Trafficking Task Force (CEHTTF) initiated an investigation, and the adult male ultimately pled guilty to a violation of Title 18, United States Code, Section 2422(b) (Coercion and Enticement of a Minor) and is awaiting sentencing.

6. During the investigation into the adult male, MV's mother provided verbal and written consent to your affiant to conduct a forensic extraction of MV's devices.

7. On February 4, 2026, your affiant conducted a forensic extraction of MV's Apple iPhone and Apple iPad. Your affiant reviewed the contents of the extraction and located Discord chats between MV and user 'HitDatShot#0,' who was later identified as Christopher Larry Richards III ("RICHARDS").

8. MV, who resided in Washington, D.C., and RICHARDS began communicating on December 21, 2025, and continued communicating through February 1, 2026. MV initiated the communication by saying, "hello vro." RICHARDS responded with, "Hello bro." MV and

RICHARDS discussed music and where they lived. RICHARDS indicated that he had lived in Texas but moved to Florida and that he was a manager in retail. RICHARDS asked MV, "Do you wanna see eachother? Pic wise. In a non weird way." MV forwarded a video showing her face to RICHARDS and RICHARDS forwarded the following photograph:




9. On December 22, 2025, MV messaged RICHARDS, "I have a question. Do u wanna like settle down. Since ur gonna be 30. Wait. Ur 29 right?" RICHARDS answered, "Yes. I'm 29. Settle down would be nice but I haven't really met somebody I wanna settle down with." MV responded, "makes sense. You still have time. Lucky you" and RICHARDS stated, "You have plenty of time wtf?! I have a lil. You're what? 14? You don't even gotta worry about that for awhile."

10. On December 23, 2025, MV stated that she was experiencing "feelings" which were "about a guy." RICHARDS told her that she could talk to him about her feelings and MV subsequently disclosed that she had sex with the individual and forwarded screenshots from him to RICHARDS. RICHARDS reassured MV that he would never use her like that individual and

stated, "Listen as long as you talk to me you won't feel like that I promise. Like you're only needed for lust."

11. On December 24, 2025, RICHARDS told MV that his name was Chris. He began calling MV "beautiful" and stated, "You don't think we're too old to be friends or whatever?" MV responded, "No. not really. I mean idc" and RICHARDS replied, "Okay then lol. We can see where things go then maybe."

12. On December 25, 2025, at approximately 2:11 AM, RICHARDS and MV had the following conversation:

| | |
|---|---|
| RICHARDS: | …I actually wanna talk to you. I'm just conflicted sometimes. |
| MV: | why conflicted |
| RICHARDS: | I've never talked to someone so young I forget sometimes. |
| MV: | forget what. |
| RICHARDS: | You're so much younger than me. |
| MV: | so? I'm not physically and mentally 14. I'm just 14 on paper. |
| RICHARDS: | Don't say that. |
| MV: | Why. It's true. |
| RICHARDS: | I'm trying not to imagine. |
| MV: | Imagine what. |
| RICHARDS: | A 14 year old that doesn't look 14. |

13. At approximately 2:26 AM, MV told RICHARDS that she had sent "nudes" of herself to other people for validation. RICHARDS responded that he did not want her doing that and that he could "validate" her by telling her that she was beautiful.

14. At approximately 10:39 AM, RICHARDS told MV, “I like you like maybe a bit more than a friend only because getting to know you is kinda fun and you’re interesting.” MV told RICHARDS that she also liked him and RICHARDS responded, “I felt like saying it would get me blocked.” RICHARDS stated that he wanted to be “more than friends” with MV and told her, “Only if you don’t let other guys validate you.” RICHARDS also asked MV for her “roster” and advised, “Don’t talk sexual with them either then.”

15. At approximately 10:20 AM, MV indicated that she had been sexual with another guy online. RICHARDS expressed jealousy about this and indicated he was unsure he would be able to satisfy MV the way she wanted. RICHARDS advised, “I want you to myself. Like I’m serious. I want you to be with me for everything regardless of talking or venting calling. The sexual stuff can come last if you’re actually serious about wanting to be with me.”

16. On December 26, 2025, at approximately 12:00 AM, RICHARDS told MV that his birthday is March 29. MV told RICHARDS that she had just turned fourteen years old three months ago. RICHARDS stated, “Thank you for reminding me. You literally just turned 14.”

17. At approximately 12:32 AM, RICHARDS told MV, “I love smaller boobs not massive like some dudes” then stated, “But I love ass.” Shortly after this, RICHARDS stated, “I’m also circumcised” and “I like natural ass duh. Let me see it.”

18. RICHARDS instructed MV, “Don’t share it with anyone but me” and then stated, “…I’m serious. I’m. It makes me want to goon[1] to you.” MV asked RICHARDS, “Wanna see something else” and RICHARDS stated, “Yes. Please.” At approximately 12:49 AM, MV

---

[1] Your affiant is aware that “goon” is a slang term used by individuals to describe masturbation.

forwarded a video of a Black female penetrating her own genitals with her fingers.[2] Upon receiving the video, RICHARDS asked, "Can I please goon to that" and "I am right now. Do you wanna see my dick rn." RICHARDS then forwarded a photograph of an exposed erect penis with a hand visible around the base of the penis. RICHARDS told MV, "I wanna fuck you so bad rn."

19. In response, MV forwarded another video of a female penetrating her genitals with her fingers. The video was recorded from the point of view of the female. RICHARDS advised, "…It's so fucking sexy. I'll show you when I cum for you. You're so sexy."

20. At approximately 12:53 AM, MV forwarded another video of a Black female penetrating her genitals with her fingers. The video was recorded from the point of view of the female. RICHARDS responded, "I'm watching these vid of you anyways sexy. I'm gonna cum to you soon fuck it's been 3 days."

21. At approximately 12:55 AM, RICHARDS stated, "I wanna bend you over" and forwarded a video of an adult male ejaculating from his erect penis while laying in a bed. The erect penis appears to be the same penis viewed in the first image sent by RICHARDS.

22. On December 27, 2026, MV told RICHARDS that she had gotten her period and RICHARDS replied, "Hurry up and get off your period so we can goon together."

23. On December 28, 2025, at approximately 9:01 PM, MV asked RICHARDS, "…u wanna goon to me later" and RICHARDS replied, "Why would I not want to!!?? Do you want me to goon to you later?" MV told RICHARDS that she would send him videos and RICHARDS responded, "Ima do it while I shower so lets see and I'm almost ready but I'll obviously record me cum." At approximately 10:28 PM, MV forward three videos of a Black female penetrating her

---

[2] This video, as well as the subsequent videos sent by MV, show a Black female. The videos are focused on the female's genital area and do not show her face. Your affiant is aware that MV is Black.

genitals with her fingers. RICHARDS advised, "Holy fuck. I love your pussy sexy." Then, at approximately 10:32 PM, MV forwarded two additional videos of a Black female penetrating her genitals with her fingers. RICHARDS advised, "You really are daddies good girl." Three minutes later, at approximately 10:35 PM, MV forwarded two videos of a female penetrating her genitals with her fingers. The female can be heard repeatedly stating in one video while penetrating herself, "I'm daddy's good girl."

24. At approximately 10:38 PM, MV sent RICHARDS a video of a Black female penetrating her own genitals with her fingers. RICHARDS responded to the video by sending her a video of an adult male ejaculating from his erect penis while standing in a bathtub with the shower on. The bathtub is white with a neon green bathmat and a silver drain. RICHARDS told MV that he was masturbating in the shower because his roommate had people over to the residence.

25. RICHARDS told MV, "I also loved when you said you were daddies good girl. That almost took me out. Oh wow lmao." RICHARDS thanked MV for "gooning" with him and told MV, "When you goon I want you to do it looking at my vid." RICHARDS also informed MV that he would send more videos of himself "gooning."

26. On December 30, 2025, at approximately 7:49 PM, RICHARDS told MV, "I didn't record this time but I did so something else for you while I was at work but couldn't send it then." RICHARDS then forwarded a video of an adult male exposing his erect penis by undoing his pants and pulling his penis out of his underwear. The video was recorded from the adult male's point of view.

27. Later that night, after MV again referenced that she was fourteen years old, RICHARDS stated, "Idk I'm a young soul. And you definitely don't look 14. Do you mind if I

goon to you again.” MV replied, “no but record.” RICHARDS responded, “You’re very young” and then stated, “Is it weird if I say I wanna fuck your 14 year old pussy?”

28. On January 11, 2026, at approximately 8:15 PM, RICHARDS stated, “…And yes I literally have only been jerking off to you” and “I want you to say my name when you do it.” MV asked, “Like your name or daddy” and RICHARDS advised, “Like my name Chris. I like daddy too but Chris this time. Also I’ll be using a clear thing you’ll like it.”

29. On January 12, 2026, at approximately 3:14 PM, RICHARDS forwarded a video of an adult male masturbating his erect penis while lying in a bathtub with the shower running. The adult male has a clear plastic object wrapped around his penis and indicated that it was a “pocket pussy.” The adult male ejaculates in the video.

30. At approximately 8:20 PM, MV stated, “ngl last night I was freaking myself with a lint roller. Sorry if that’s tmi.[3] I just want you to feel bad for falling asleeo.” RICHARDS responded at 8:29 pm, “Do it again an let me see. I’m serious.” At approximately 8:35 pm, MV messaged, “let me just show you. The video is kinda ass” and forwarded a video of a white lint roller repeatedly penetrating the vagina of a Black female. RICHARDS advised MV, “Nah I fucking like that. That’s sexy af.”[4]

31. Additional videos were exchanged between RICHARDS and MV, including additional videos sent by RICHARDS of an adult penis and videos sent by MV of a Black female penetrating her vagina with her fingers, through January 17, 2026, to which RICHARDS responded, “I love watching you play with your pussy.”

32. On February 10, 2026, an FBI employee issued an administrative subpoena for the

---

[3] TMI is an online acronym for “too much information.”

[4] AF is an online acronym for “as fuck.”

subscriber information and internet protocol (IP) logs of Discord user 'HitDatShot#0.

33. On or about April 22, 2026, the FBI received the requested records from Discord. Discord reported that the account was linked to an email address of [redacted] and had been accessed from an AT&T IP address generally resolving to Plantation, Florida.

34. An FBI employee issued an administrative subpoena to Google for the subscriber information and IP logs related to [redacted] Google advised that the account had a recovery phone number of [redacted] and had also been accessed from Comcast IP addresses generally resolving to Hollywood, Florida.

35. An FBI employee conducted a records check of commercial databases and found that this phone number resolves to a subscriber named Christopher Larry Richards with a date of birth of [redacted], and a home address of [redacted]

36. On April 23, 2026, an FBI employee issued an administrative subpoena to Verizon Wireless for subscriber information and call detail records related to the phone number [redacted] Verizon Wireless responded that the account subscriber is Christopher Richards of [redacted] and that the account has been active since November 1, 2025.

37. An FBI employee located a Texas[5] driver's license for Christopher Larry Richards III, with the below photograph:

[5] Commercial databases indicate that RICHARDS previously resided in Texas, which is also consistent with his statements to MV.



38. The individual in the photograph sent by HitDatShot#0 to MV appears to be the same individual as RICHARDS when the two photographs are compared.

## CONCLUSION

39. For the reasons set forth above, I submit that probable cause exists to believe that, on or about and between December 21, 2025, and February 1, 2026, RICHARDS committed the offense of Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). Furthermore, probable cause exists to believe that on or about and between December 26, 2025, and January 17, 2026, RICHARDS committed the offense of Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1), and Transfer of Obscene Material to Minors, in violation of 18 U.S.C. § 1470.

Respectfully submitted,

Thomas Sullivan, Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on July 20, 2026.

MOXILA A. UPADHYAYA
United States Magistrate Judge