AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
CHRISTOPHER LARRY RICHARDS, III

*Defendant*

Case: 1:26-mj-00118
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 7/20/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CHRISTOPHER LARRY RICHARDS, III ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) - (Coercion and Enticement of a Minor) ;
18 U.S.C. § 2252(a)(2), (b)(1) - (Attempted Receipt of Child Pornography);
18 U.S.C. § 1470 - (Transfer of Obscene Material to Minors).

Date: 07/20/2026

M.A. Upadhyaya
*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/20/2026 , and the person was arrested on *(date)* 7/28/2026
at *(city and state)* Plantation, Florida .

Date: 7/28/2026

[signature]
*Arresting officer's signature*

Geoffrey Hannon, Special Agent
*Printed name and title*